1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  CHRISTIAN HOLSOMBACH,              )    NO. EDCV 09-00392-MAN
                                       )
12                 Plaintiff,          )
                                       )    JUDGMENT
13          v.                         )
                                       )
14  MICHAEL J. ASTRUE,                 )
    Commissioner of the               )
15  Social Security Administration,    )
                                       )
16                 Defendant.          )
    _____)
17
18
19      Pursuant to the Court's Memorandum Opinion and Order,
20
21      IT IS ADJUDGED that the decision of the Commissioner of the Social
22  Security Administration is affirmed, Judgment shall be entered in favor
23  of the Commissioner, and this action shall be dismissed with prejudice.
24
25  DATED: September 10, 2010
26                                      _____
                                        MARGARET A. NAGLE
27                                      UNITED STATES MAGISTRATE JUDGE
28